UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELNAZ ABEDINIGALANGASHY<br>1519 Fairway Place<br>Lynchburg, VA 24503<br><br>and<br><br>VAHID ABEDINIGALANGASHI<br>1519 Fairway Place<br>Lynchburg, VA 24503<br><br>BI BI TAHEREH KARMIMI IZADI<br>1519 Fairway Place<br>Lynchburg, VA 24503<br><br>            Plaintiffs,<br><br>    v.<br><br>THE GOVERNMENT OF THE<br>ISLAMIC REPUBLIC OF IRAN,<br>Its Ministries, Agencies, and Instrumentalities<br>c/o Ministry of Foreign Affairs<br>Khomeni Avenue<br>United Nations Street<br>Tehran, Iran,<br><br>            Defendants. | **JURY DEMAND**<br><br><br><br>**Case No.: 1:23-cv-1105** |

## **COMPLAINT**

Plaintiffs Elnaz Abedinigalangashy, Vahid Abedinigalangashi, and Bi Bi Tahereh Karmimi Izadi (collectively referred to herein as "Abedinis") complain of the actions of the Defendant, The Government of the Islamic Republic of Iran, its Ministries, Agencies, and Instrumentalities, and states in support thereof as follows:

1

## PARTIES

1. Pastor Saeed Abedini ("Pastor Saeed") is a U.S. citizen and a resident of Virginia at all times relevant to this complaint who was falsely imprisoned and tortured in Iran for 1,208 days. Saeed Abedini is not a party to this action but previously filed suit (along with one of his sisters, Zibandeh Abedini-Galangashy) against Iran in: *Abedini v. The Islamic Republic of Iran, Case No.: 1:18-cv-00588-JEB,* on March 16, 2018. The Honorable United States District Judge James E. Boasberg rendered a decision in the Plaintiffs' favor on November 13, 2019. *See Abedini v. Islamic Republic of Iran*, 422 F. Supp. 118 (D.D.C. 2019) (awarding plaintiffs Saeed Abedini and Zibandeh Abedini Galangashy $44,621,460.00 and $2,547,716.00, respectively).

2. Plaintiff Elnaz Abedini ("Elnaz") is Saeed Abedini's youngest sister and a resident of Virginia. She brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, the laws of the District of Columbia

3. Plaintiff Vahid Abedini ("Vahid") is Saeed Abedini's younger brother. He brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, the laws of the District of Columbia.

4. Plaintiff Bi Bi Tahereh Karmimi Izadi ("Bi Bi") is Saeed Abedini's mother. She brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, the laws of the District of Columbia.

5. Iran is a foreign sovereign that has been designated a state sponsor of terrorism pursuant to Section 6(j) of the Export Administration Act of 1979 (50 U.S.C. App § 2405(j)), both at the time of the matters at issue in this Complaint and at the time this Complaint was filed.

Its activities as complained of herein was outside the scope of immunity provided by the Foreign Sovereign Immunities Act ("FSIA"), including 28 U.S.C. § 1605A.

## JURISDICTION

6. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1330 and 1331, and pursuant to the FSIA, 28 U.S.C. §1605A.

7. Venue lies in this Court pursuant to 28 U.S.C. § 1391(f)(4).

8. Saeed Abedini was domiciled in the State of Idaho at the time of his confinement and torture. At all times relevant, Saeed Abedini is a dual citizen of the United States and Iran.

## FACTUAL ALLEGATIONS

9. Plaintiffs incorporate by reference all prior paragraphs.

10. This Court has previously ruled that, under 28 U.S.C. § 1605A of the Foreign Sovereign Immunities Act ("FSIA"), Saeed Abedini was held hostage and tortured by Iran for 1,208 days. *Abedini*, F 422 F. Supp. 118. Under the FSIA, Iran was held liable for assault, battery, false imprisonment, and intentional infliction of emotional distress upon Saeed Abedini. *Id.*

11. In the same case, Iran was also held liable for the intentional infliction of emotional distress/loss of solatium upon Saeed Abedini's sister, Zibandeh Abedini Galangashy, *Id.* Pastor Abedini and his sister Zibandeh Abedini Galangashy were also awarded punitive damages against Iran for their outrageous, malicious, willful and wanton conduct. *Id.*

12. From July 28, 2012 to January 17, 2016, the Islamic Republic of Iran, Its Ministries, Agencies, and Instrumentalities used Saeed Abedini as a political bargaining chip when they detained him, held him hostage, and tortured him. *Id.*

13. During this time, plaintiffs feared for Saeed Abedini's life and their own. All three plaintiffs were interrogated, followed, and threatened by Iran. Their family home was raided by the Islamic Revolutionary Guards Corps on September 26, 2012. The Guards seized plaintiffs' passports, cell phones, computers, photographs, educational certificates, DVDs, CDs, journals and other personal effects.

14. Fearing for their safety, plaintiffs Elnaz and Vahid moved to Turkey in March 2013 and the United States shortly thereafter. Saeed Abedini's mother, Bi Bi, soon followed.

15. Plaintiffs publically protested Saeed Abedini's detention and worked tirelessly to pressure defendants to free him. After 1,208 days, he was released as part of a prisoner trade between Iran and the United States, pursuant to which Iran released Saeed Abedini and four other imprisoned Americans in exchange for clemency for seven Iranians indicted or imprisoned in the United States for sanctions violations. The prisoner trade also resulted in the release of certain frozen Iranian assets in the United States.

16. Plaintiffs have suffered post-traumatic stress disorder and other lasting psychological damage due to Saeed Abedini's captivity and torture.

## COUNT ONE

### (§ 1605A(c) CAUSE OF ACTION – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS/LOSS OF SOLATIUM)

17. Plaintiffs incorporate by reference all prior paragraphs of this Complaint.

18. Plaintiffs are entitled to solatium damages caused by Iran's torture and its hostage taking of Saeed Abedini pursuant to 28 U.S.C. § 1605A(c).

19. As a direct and proximate consequence of Iran's actions, the plaintiffs have suffered economic damages, including, inter alia, loss of accretions and loss of assistance, for which they are entitled to compensation pursuant to 28 U.S.C. § 1605A(c).

20. As a further direct and proximate result of the hostage taking and torture of Saeed Abedini, plaintiffs have suffered extreme loss of solatium, entitling them to compensatory damages pursuant to 28 U.S.C. § 1605A(c).

## COUNT TWO

### Punitive Damages

21. Plaintiffs incorporate by reference all prior paragraphs.

22. The conduct of Iran, acting in concert to carry out their unlawful objectives, was outrageous, malicious, in willful, wanton and reckless disregard of the rights of the plaintiffs. As such, the plaintiffs are entitled to punitive damages against Iran.

## PRAYER FOR RELIEF

1. As a result of the personal injuries Pastor Saeed has suffered due to the acts of torture and hostage-taking, Plaintiffs are entitled to economic damages and compensatory damages for intentional infliction of emotional distress/loss of solatium, all of which are recoverable under federal and/or state law.

2. In addition to all appropriate compensatory damages, plaintiffs are entitled to punitive damages because Iran's acts were intentional, malicious, and performed deliberately to injure, damage, and harm Pastor Saeed and his family.

3. Plaintiffs further seek costs, attorney's fees, and such other relief as may be just and proper, including pre-judgment interest.

Dated: April 6, 2023

Respectfully submitted,

/s/ Christopher M. Seleski
Christopher M. Seleski (D.C. Bar #NJ017)
Tolmage, Peskin, Harris & Falick
20 Vesey Street
Suite 700
New York, NY 10007
Tel: (212) 964-1390
Fax: (212) 608-1390
seleski@tolmagepeskinlaw.com

*Counsel for Plaintiffs*